March 10, 1993
 United States Court of Appeals
 For the First Circuit
 

No. 92-2083

 JORGE CRUZ,

 Plaintiff, Appellant,

 v.

 NORBERTO MOLINA LUGO,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Gene Carter, U.S. District Judge]
 

 

 Before

 Stahl, Circuit Judge,
 
 Aldrich and Coffin, Senior Circuit Judges.
 

 

Raul Barrera Morales for appellant.
 

Federico Lora Lopez for appellee.
 

 

 

 Per Curiam. In this appeal, plaintiff seeks review
 

of a carefully and fully developed decision of the district

court rendered after a bench trial. After ruling that

plaintiff's lease had been violated by defendant's illegal

exclusion of plaintiff from the premises, the court found

that plaintiff had suffered no damages as a result of that

occurrence, but that defendant had suffered damages in the

amount of sixty dollars for past due rent and seven hundred

dollars for exterminating services made necessary because of

plaintiff's inadequate housekeeping. The court also found

that certain other claims brought by plaintiff were lacking

in any substance. 

 Plaintiff's objections on appeal are based on his

challenges to factual determinations of the court, which, of

course, are accepted unless demonstrated to be "clearly

erroneous." See Fed. R. Civ. P. 52(a). Having carefully
 

reviewed the record on appeal and the objections raised by

plaintiff, we are not persuaded that the court clearly erred

in making the determinations at issue. Accordingly, we

affirm based on the well-reasoned district court opinion. 

 Affirmed. Double costs to appellee.
 Affirmed Double costs to appellee
 

 -2-
 2